IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-00072-9-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | **UNDER SEAL** |
| MICHAEL MARTRELL GOODEN, | ) | |
| Defendant | ) | |

Upon motion of the defendant, and for good cause shown, it is hereby ORDERED that the defendant's application for disclosure, any order issued as a result, the defendant's Motion to Seal, and this Order be sealed until further notice of this Court.

It is FURTHER ORDERED that the Clerk provide a copy of any Order issued as a result of the defendant's application for disclosure, and this Order to counsel for the defendant and the United State's Attorney for the Eastern District of North Carolina.

This the **7** day of October, 2016.

James C. Dever, III
Chief United States District Court Judge